USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/9/2020_

# LAW OFFICE OF ABEL L. PIERRE
## ATTORNEY-AT-LAW, P.C.

140 BROADWAY, 46TH FLOOR
NEW YORK, NEW YORK 10005
TEL: (212) 766-3323
FAX: (212) 766-3322
abel@apierrelaw.com
www.apierrelaw.com

November 6, 2020

**VIA ECF**

Hon. Analisa Torres, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re: **Bernard Lewis v. Selip & Stylianou, LLP**
          **Case 1:20-cv-07301-AT**
          **Request to Adjourn Initial Conference**

Dear Judge Torres:

As this court is aware, the undersigned is counsel for Plaintiff in the above referenced action.

I write to request an adjournment of the Initial Status Conference scheduled for November 12, 2020 at 11:00am. No previous requests for an adjournment of this conference have been requested or granted.

I make this adjournment request because I have school-aged children. Due to the restrictions caused by the COVID-19 pandemic and underlying health conditions, my children are enrolled in remote learning. The restrictions and requirements in their remote learning schedule are such that I must directly supervise their schooling all day on Tuesdays and Thursdays. This environment is not conducive to a telephonic conference with the court.

I am working and available on Mondays, Wednesdays and Fridays.

Counsel for the Defendant consents to the adjournment request. Counsel are available from 9:00am to 5:00pm on 11/16/2020 and from 12:00pm noon to 4:00pm 11/20/2020.

Defendant's counsel and I are not available on 11/13/2020 or 11/27/2020, but are available on Mondays, Wednesdays and Fridays thereafter.

Kind regards for the court's courtesy in this matter

> GRANTED. The conference scheduled for November 12, 2020, is ADJOURNED to **November 16, 2020**, at **10:20 a.m.** The parties are directed to call either (888) 398-2342 or (215) 861-0674, and enter access code 5598827.
>
> SO ORDERED.
>
> Dated: November 9, 2020
>        New York, New York
>
> _____
> ANALISA TORRES
> United States District Judge