UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BERNARD LEWIS,

                         Plaintiff,

         -against-

SELIP & STYLIANOU, LLP,

                       Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  3/4/2021
```

20 Civ. 7301 (AT)

**<u>ORDER</u>**

ANALISA TORRES, District Judge:

      On November 16, 2020, the Court ordered the parties to submit a letter within 60 days indicating their position on referral for settlement to the District's Mediation Program. ECF No. 19 ¶ 10. That submission is now overdue. Accordingly, by **March 11, 2021**, the parties shall submit a letter indicating whether they wish to be referred to the District's Mediation Program.

      SO ORDERED.

Dated: March 4, 2021
       New York, New York

                                        ANALISA TORRES
                        United States District Judge